**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MORRIS LA'MONT COFFEE,

    Plaintiff,

  vs.

S.K. SISTO, et al.,

    Defendants.

                             /

No. CIV S-07-1556-LEW-CMK-P

<u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u>

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On October 1, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.  Plaintiff filed a request for dismissal on October 9, 2007, which this Court will construe as a notice of no objection to this case being dismissed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. 11) filed October 1, 2007, are adopted in full;

2. This action is dismissed for failure to state a cognizable claim; and

3. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED

Date: November 20, 2007          _____

HONORABLE RONALD S.W. LEW

Senior, U.S. District Court Judge